**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:10CV20-RLV-DSC**

| | |
|---|---|
| **MATT JENKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **MERCANTILE ADJUSTMENT BUREAU, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Allison L. Cannizaro]" (document #5) filed March 10, 2010. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 10, 2010

_____

David S. Cayer
United States Magistrate Judge